THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY GREENSTEIN and CHARLES H. WILK,<br><br>Defendants. | No. CR08-0296 RSM<br><br>**QUELLOS GROUP, LLC'S NOTICE OF APPEAL** |

Intervenor Quellos Group, LLC and its predecessors and affiliates (collectively, "Quellos"), appeal to the United States Court of Appeals for the Ninth Circuit from the district court's August 9, 2010 Order Granting Motion to Compel Compliance with Pretrial Subpoena Duces Tecum.

DATED: August 16, 2010.

                                                           *s/ J. Ronald Sim*
                                                         J. Ronald Sim, WSBA No. 4888
                                                         Molly Daily, WSBA No. 28360
                                                         Stoel Rives LLP
                                                         600 University Street, Suite 3600
                                                         Seattle, WA 98101
                                                         Telephone: (206) 624-0900
                                                         Facsimile: (206) 386-7519
                                                         Email: jrsim@stoel.com
                                                         Email: mmdaily@stoel.com
                                                         Attorneys for Quellos Group LLC, its predecessors, and its affiliates

QUELLOS'S NOTICE OF APPEAL          - 1 -
Case No. CR 08 00296 RSM

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1
- **Michael S. Morgan**
  Michael.Morgan4@usdoj.gov,Elisa.Jimenez@usdoj.gov

2
3
- **Jerrod C Patterson**
  Jerrod.Patterson2@usdoj.gov

4
- **Jeffery Patton Robinson**
  robinson@sgb-law.com,gust@sgb-law.com,crabtree@sgb-law.com

5
6
- **Benjamin E. Rosenberg**
  benjamin.rosenberg@dechert.com,gail.houck@dechert.com

7
- **R. Ryan Stoll**
  ryan.stoll@skadden.com,jacque.kaminski@skadden.com

8
9
- **Colette Tvedt**
  tvedt@sgb-law.com,campagna@sgb-law.com,gust@sgb-law.com,crabtree@sgb-law.com

10
11
- **Robert Henry Westinghouse**
  robert.westinghouse@usdoj.gov,dru.mercer@usdoj.gov,ecf-crm.usawaw@usdoj.gov

12
- **John D. Wilson , Jr.**
  wilson@wscd.com,reyes@wscd.com,jory@wscd.com

13

14

15      *s/ J. Ronald Sim*_____
        J. Ronald Sim, WSBA No. 4888
16      Molly Daily, WSBA No. 28360
        Stoel Rives LLP
17      600 University Street, Suite 3600
        Seattle, WA 98101
18      Telephone: (206) 624-0900
        Facsimile: (206) 386-7519
19      Email: jrsim@stoel.com
        Email: mmdaily@stoel.com
20      Attorneys for Quellos Group LLC, its predecessors,
21      and its affiliates

22

23

24

25

26

QUELLOS'S NOTICE OF APPEAL            - 3 -
Case No. CR 08 00296 RSM

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900