FILED

UNITED STATES COURT OF APPEALS

AUG 16 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MATTHEW GALE KRANE, et al.,<br><br>Defendants,<br><br>QUELLOS GROUP, LLC,<br><br>Intervenor-Appellant. | No. 10-30247<br><br>D.C. No. 2:08-cr-00296-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: THOMAS, Circuit Judge.

A temporary stay of the district court's August 9, 2010 order is granted until Monday, August 23, 2010 at 11:59 p.m. Pacific Daylight Time ("PDT") to allow the court sufficient time to review the emergency motion to stay the district court's August 9, 2010 order pending appeal.

The opposition to the emergency motion has been filed. The optional reply in support of the motion is due by 12:00 p.m. PDT on Friday, August 20, 2010.

Appellant's emergency motion for a stay of the district court's August 9, 2010 order pending appeal will be addressed by separate order.

ec/MOATT