UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>MATTHEW GALE KRANE; et al.,<br><br>    Defendants,<br><br>and<br><br>QUELLOS GROUP LLC,<br><br>    Intervenor - Appellant. | No. 10-30247<br><br>D.C. No. 2:08-cr-00296-RSM-1<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered October 29, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  FOR THE COURT:
                                                  Molly C. Dwyer
                                                  Clerk of Court
                                                  /s/
                                                  Theresa Benitez
                                                  Deputy Clerk