Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>JEFFREY I. GREENSTEIN,<br><br>                              Defendant. | No.  CR08-0296 RSM<br><br>UNOPPOSED MOTION TO ALLOW DEFENDANT TO TRAVEL WHILE ON SUPERVISED RELEASE<br><br>NOTE ON MOTION CALENDAR: May 8, 2015 |

Defendant Jeffrey I. Greenstein, by and through his attorney Jeffery P. Robinson, respectfully requests that this Court modify the conditions of his Supervised Release to allow him to travel internationally to Italy and Switzerland for business from June 10 through June 17, 2015 and to various ports in Alaska on a Holland America cruise ship for his father-in-law's 95th birthday celebration from June 21 through June 28, 2015, with the permission of his Probation Officer and with such restrictions and conditions as the United States Probation Office may require.

As the Court is aware, Mr. Greenstein pled guilty to two offenses – conspiracy to defraud the United States and aiding and assisting in the filing of a false tax return.  After being sentenced to 50 months on January 28, 2011, and serving his prison sentence, Mr.

UNOPPOSED MOTION FOR TRAVEL - 1
Case No. CR08-0296RSM

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000

Greenstein is serving his two-year term of Supervised Release.  The Court granted Mr. Greenstein's prior request to travel internationally to visit his son who is studying abroad. He successfully complied with all requirements placed upon him by Probation and returned to the United States without incident.

Mr. Greenstein now requests permission to take two more trips.  The first is travel for his art dealing business Contemporary Art Group, LLC, and its parent company YIS Art, LLC, to Italy for the Venice Biennale, which provides invaluable and unsurpassed opportunities, education, and experience, and to Switzerland for Art Basel, which is the largest art fair in the world with over 300 participating galleries from North America, Europe, Asia, and Latin America and affords a unique opportunity to both buy and sell inventory for his art business.  The second is travel on an Alaskan cruise to join his father-in-law who is taking his children and grandchildren (22 people) on a cruise to celebrate his 95th birthday – what might be the last of such celebrations given deteriorating health and advancing age.  The ports are all United States cities with the exception of Victoria, Canada. Since day trips from the ship are optional, Mr. Greenstein will remain on-board during this visit given the challenges associated with visiting Canada.  See the attached Travel Request Forms / Applications for Travel that Mr. Greenstein submitted to Probation, Exhibits A and B.

Counsel for the United States, Assistant U.S. Attorney Katheryn Frierson, does not oppose this motion.

UNOPPOSED MOTION FOR TRAVEL - 2
Case No. CR08-0296RSM

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000

1  For these reasons, Mr. Greenstein respectfully requests the Court grant him

2  permission to travel to Italy and Switzerland from June 10 through June 17, 2015, and to

3  travel on the Alaskan cruise from June 21 through June 28, 2015.

4  DATED this 1st day of May, 2015.

5

6  Respectfully submitted,

7  SCHROETER, GOLDMARK & BENDER

8  *s/ Jeffery P. Robinson*
   JEFFERY P. ROBINSON
9  Email:  robinson@sgb-law.com

10  *Counsel for Defendant Jeffrey Greenstein*

11

12

13

14

15

16  CERTIFICATE OF SERVICE

17  I hereby certify that on May 1, 2015, I electronically filed the foregoing with the

18  Clerk of the Court using the CM/ECF system, which will send notification of such filing to

19  Katheryn Frierson and Michael Dion, Assistant United States Attorneys.  I also emailed a

20  copy to the United States Probation Officer.

21

22  *s/ Andrea Crabtree*
   ANDREA CRABTREE
23  Paralegal
   SCHROETER GOLDMARK & BENDER
24  Email:  crabtree@sgb-law.com

25

26

UNOPPOSED MOTION FOR TRAVEL - 3
Case No. CR08-0296RSM

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000

EXHIBIT A

THIS FORM IS TO BE SUBMITTED AT LEAST 2 WEEKS PRIOR TO PROPOSED TRAVEL DATE TO: *Park*

(Officer Name)

## TRAVEL REQUEST FORM/APPLICATION FOR TRAVEL

| | |
|---|---|
| Date: 4/27/15 | Phone No: (206) 310-8018 |
| Name: Jeff Greenstein | Departure Date: 6/10/15 |
| Address: 9772 SE 35th Place | Return Date: 6/17/15 |
| City: Mercer Island     State: WA     Zip: 98040 | |
| Purpose of Trip: Business | |

Persons Traveling With (Name & Address)
Wife Judith

Persons to Visit (Name, Address, & Phone No.) or Place of Destination:
Venice, Italy and Basel/Zurich, Switzerland

Accommodations (will be verified); Name, Address, Area Code & Phone No:
Venice - Aman Grand Canal                    Zurich - Widder Hotel
Calle Tiepolo 1364                                  Rennweg 7
Sestiere San Polo, Venezia, Italy 39 0412 707333     Zurich, SW 41 44 224 2526

### Mode of Transportation

| Vehicle | Airline  (Attach copy of ticket or itinerary) |
|---|---|
| Year, Make & Model: | Name of Airline: Private outbound/British Airways Return |
| Color: | Departure Flight No. & Time: Private 4pm on 6/10 |
| License No:        State of Issuance: | Return Flight No. & Time: BA 713/BA49 6/17 @3:30 |
| Owner of Vehicle: | |

Other mode of Transportation (specify): private flight from Venice to Basel

Fine/Rest/Dependent support payment $ 0.00        /mo.  Current: ☐ Yes        No

Approximate costs (travel, lodging, meals): $ 50,000.00

Signature: _____

### TO BE COMPLETED BY PROBATION OFFICER

| Delinquent Monthly Reports: | Has complied with scheduled appointments: |
|---|---|
| Approved by Counselor (if applicable): | |

Fine/Rest/Dependent support payments current:  Balance $_____  Monthly Payments:
$_____

Fully complied with previous travel requirements: ☐ Yes  ☐ No

Advance approval and/or contact with District to be visited required: ☐ Yes  ☐ No

| Any positive UAs during last 6 months? ☐ Yes  ☐ No | Any other violations during last 6 months? ☐ Yes  ☐ No |
|---|---|

**Probation Officer Signature:** _____

Comments

## Travel Details                Wednesday 17 Jun 15

### Other Information

CITIZENS OF UNITED STATES MUST CARRY A VALID PASSPORT

## Travel Details                Tuesday 16 Jun 15

### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | **WIDDER HOTEL** | **Confirmed** | |
| Address | Rennweg 7 | Stay | 1 Night/s |
| | ZURICH CH 8001 | Telephone | 41-44-2242526 |
| Check In Date | Tue 16 Jun 2015 | Fax | 41-44-2242424 |
| Check Out Date | Wed 17 Jun 2015 | | |
| Confirmation Number | 84731427 | | |
| Special Information | Junior Suite King Bed Room | | |
| Base Rate | CHF 1400.00 / per night, may be subject to local taxes and service charges | | |
| Cancellation Policy | Cancel 01D prior to day of arrival | | |
| Rooms | 1 Room | | |
| Guaranteed | For Late Arrival | | |
| Hotel Rate Includes, W Lan, Breakfast And Taxes | | | |

## Travel Details                Wednesday 17 Jun 15

### Flight Information

| | | | |
|---|---|---|---|
| Airline Record Locator | 6XV8L9 | **Confirmed** | |
| Airline | **British Airways** | Estimated Time | 1 Hr 55 Mins |
| Flight | **BA713** | Equipment | Airbus Industrie A320-100/200 |
| Origin | Zurich, Zurich-Kloten | Meal | Meals |
| Destination | London, London Heathrow | Number of Stops | Non-stop |
| Departing | 01:10 PM | | |
| Arriving | 02:05 PM | | |
| Arrival Terminal | Terminal 5 | | |
| Class | D Business Class | | |
| Seats | 3D, 3F | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline Record Locator | 6XV8L9 | **Confirmed** | |
| Airline | **British Airways** | Estimated Time | 9 Hrs 35 Mins |
| Flight | **BA49** | Equipment | Boeing 777-200/300 |
| Origin | London, London Heathrow | Meal | Meals |
| Destination | Seattle, Seattle-Tacoma International | Number of Stops | Non-stop |
| Departing | 03:30 PM | | |
| Arriving | 05:05 PM | | |
| Departure Terminal | Terminal 5 | | |
| Class | F First Class | | |
| Seats | 2E, 2F | | |

Thank You For Choosing American Express Travel Services





# ĀMAN
## CANAL GRANDE
### VENICE

13 Febbraio 2015

*Saluti* from Aman Canal Grande Venice.

Thank you for your reservation at Aman Canal Grande Venice. We are pleased to confirm your booking as follows:

| | |
|---|---|
| **GUEST NAME : Mr. Jeff & Mrs. Greenstein** | **REFERENCE NUMBER : 202693** |
| **ARRIVAL DATE : 11-06-15** | **DEPARTURE DATE : 16-06-15** |
| **ROOM TYPE : Palazzo Chamber** | **NUMBER OF GUESTS : 2 Adults** |
| **NUMBER OF ROOMS : 1** | **NUMBER OF NIGHTS : 5** |
| **ROOM RATE : EUR 1,750.00** | **DATE : 13 Febbraio 2015** |

**RATE:**

\* Rates are ROOM ONLY and are subject to 10% Vat & Tourist Tax of Euro 5.00 per person per day for up to 5 days. Children below 10 years of age are exempt from the Tourist Tax.

\* One complimentary round trip boat transfer is provided between Marco Polo International Airport or Piazzale Roma/Santa Lucia train station and Aman Canal Grande Venice.

\* Rates, government and local taxes are subject to change without notice.

**ANDREW HARPER AMENITIES:**

\* Room upgrade to next category upon check-in (subject to availability)

\* Daily Continental breakfast for two (available through restaurant)

\* A unique local experience, once during their stay for up to 2 guests - Sunset aperitivo on the altana with Prosecco & Cichetti

\* One hour massage for two, bases on minimum 3 nights stay

PALAZZO PAPADOPOLI HOTEL & SPA srl
PALAZZO PAPADOPOLI, CALLE TIEPOLO 1364, SESTIERE SAN POLO,  VENEZIA 30125, ITALY
TEL: +39 0412 707333  FAX: +39 0412 2707555  WEB www.amanresort.com

EXHIBIT B

THIS FORM IS TO BE SUBMITTED AT LEAST 2 WEEKS PRIOR TO PROPOSED TRAVEL DATE TO: *Park*

(Officer Name)

## TRAVEL REQUEST FORM/APPLICATION FOR TRAVEL

| | |
|---|---|
| Date: 4/27/15 | Phone No: (206) 310-8018 |
| Name: Jeff Greenstein | Departure Date: 6/21/15 |
| Address: 9772 SE 35th Place | Return Date: 6/28/15 |
| City: Mercer Island    State: WA    Zip: 98040 | |

Purpose of Trip: Personal - Father-in-laws 95th Birthday celebration

Persons Traveling With (Name & Address)
Wife Judith and children Joshua, Aaron, Gailen and Gabriel

Persons to Visit (Name, Address, & Phone No.) or Place of Destination:
Alaska - see ports on attached itinerary

Accommodations (will be verified); Name, Address, Area Code & Phone No:
Holland America Line - Amsterdam Ship

### Mode of Transportation

| Vehicle | | Airline (Attach copy of ticket or itinerary) |
|---|---|---|
| Year, Make & Model: | | Name of Airline: |
| Color: | | Departure Flight No. & Time: |
| License No: | State of Issuance: | Return Flight No. & Time: |
| Owner of Vehicle: | | |

Other mode of Transportation (specify): Cruise Ship - voyage A523

Fine/Rest/Dependent support payment $ 0.00    /mo.   Current: ☐ Yes    No

Approximate costs (travel, lodging, meals): $ 15,000.00

Signature: *[signature]*

### TO BE COMPLETED BY PROBATION OFFICER

| Delinquent Monthly Reports: | Has complied with scheduled appointments: |
|---|---|

Approved by Counselor (if applicable):

Fine/Rest/Dependent support payments current:   Balance $_____   Monthly Payments:
$_____

Fully complied with previous travel requirements: ☐ Yes  ☐ No

Advance approval and/or contact with District to be visited required: ☐ Yes  ☐ No

| Any positive UAs during last 6 months? ☐ Yes ☐ No | Any other violations during last 6 months? ☐ Yes ☐ No |
|---|---|

**Probation Officer Signature:** _____

Comments




**Holland America Line**
*A Signature of Excellence*

GUEST BOOKING CONFIRMATION
YOUR TRAVEL PROFESSIONAL:
AAA TRAVEL AGENCY
Lydia
1745 114th Ave Se
Bellevue, WA 98004-6968
United States
(425) 462-2222

## CRUISE CONFIRMATION

| | |
|---|---|
| Booking #: | VRVN9N |
| Statement Date: | Apr 23, 2015 |
| Booking Status: | Active |

## PAYMENT SCHEDULE  Currency: U.S. Dollars

| | |
|---|---|
| Deposit Due: | Paid |
| Final Payment Due Date: | Apr 7, 2015 |

## CRUISE DETAILS

| | |
|---|---|
| Embark Date: | Jun 21, 2015 |
| Disembark Date: | Jun 28, 2015 |
| Ship: | Amsterdam |
| Voyage: | A523 |
| From Port: | Seattle |
| To Port: | Seattle |

| | |
|---|---|
| Duration: | 7 |
| Category: | A |
| Stateroom: | 6177 |
| Bed Requested: | Queen Bed |
| Group Name: | Aaa Travel Agenc -L dia |
| Group ID: | TPP |
| Dining: | Confirmed Main, Request Table for 8 |

## GUEST INFORMATION

| | Guest 1 | Guest 2 |
|---|---|---|
| Name: | Mr. Jeffrey Israel Greenstein | Mrs. Judith Ellen Greenstein |
| Mariner ID: | 103254959 | 102204898 |
| Air: | Not Purchased | Not Purchased |
| Cancellation Plan: | Not Purchased | Not Purchased |
| Ship Occupancy: | Double | Double |
| Home City: | SEA | SEA |
| Onboard Credit (USD): | $175.00 | $175.00 |

## PRICING BREAKDOWN  Currency: U.S. Dollars

| | Guest 1 | Guest 2 | Total |
|---|---|---|---|
| **Booking Total:** | **$2,429.13** | **$2,429.13** | **$4,858.26** |
| Cruise/Journey Fare | $2,199.00 | $2,199.00 | $4,398.00 |
| Est'd Taxes, Fees & Port Expenses | $230.13 | $230.13 | $460.26 |
| **Booking Total:** | **$2,429.13** | **$2,429.13** | **$4,858.26** |
| Amount Received: | | | $4,858.26 |
| Total Due: | | | $0.00 |

Ships' Registry: The Netherlands

 **Holland America Line**
*A Signature of Excellence*

**GUEST BOOKING CONFIRMATION**

| | |
|---|---|
| Booking #: | VRVN9N |
| Statement Date: | Apr 23, 2015 |

## VALUE-ADDED ITEMS

**Guest 1**
Promotional $50 Soda Card
Navigator Wine Pkg (3 Bottle) Promo
Shore Ex Discount, Book By April 15

**Guest 2**
Promotional $50 Soda Card
Shore Ex Discount, Book By April 15

## CANCELLATION FEES SCHEDULE

| Cancellation Fees Begin | Cancellation Fees (Per Person) |
|---|---|
| Apr 7, 2015 | $175.00 (Amount Forfeited) |
| Apr 26, 2015 | 50% Gross Fare |
| May 24, 2015 | 75% Gross Fare |
| Jun 6, 2015 | 100% Gross Fare |

## CANCELLATION PROTECTION PLAN (CPP)
**Prepare for the unexpected - cancel for an  reason**

Holland America Line's CPP protects your vacation investment. CPP Standard allows you to cancel your vacation up to 24 hours before your Holland America Line trip, for any reason, and receive a money back refund of 80% of eligible amounts paid. CPP Platinum provides enhanced cancellation protection as well as insurance coverage.

## IMPORTANT NOTICES:

**All Holland America Line guests travel under the terms and conditions of the Cruise Contract that will be issued to  ou and which ma  be provided upon request or viewed on our website: www.hollandamerica.com. Please read the contract carefull  as it affects  our legal rights. If  ou have booked  our air travel through Holland America Line, please review the Important Flight Notices provided after the itinerar  below. Holland America Line reserves the right not to honor an  published prices that it determines were erroneous due to printing, electronic, or clerical error.**

1. The Standard and Platinum Cancellation Protection Plans (CPP or CPPP) are optional and are available for purchase prior to the date on which cancellation fees begin to accrue.  Payment is due at time of purchase and is non-refundable.
2. Each country has its own entry requirements, and guests are personally responsible to have the necessary documents when boarding. Holland America Line highly recommends that all guests carry a passport that is valid for at least six months beyond the completion date of your travel, proof of required immuni ations & visa(s) and proof of eligibility to enter Canada (for applicable itineraries). Guests traveling on any Yukon Land+Sea Journey which includes a flight between Dawson City, Yukon, Canada and Fairbanks, Alaska, USA are required to have a valid passport in order to clear immigration and customs for entry at the airport.
3. Changes to or cancellation of Air, Hotel Packages or Ground Transportation are subject to the above cancellation fees.
4. For security reasons, first, middle (if applicable) and last names must match the government issued ID used for boarding.
5. All guests are encouraged to complete our online check-in process to facilitate compliance with U.S. regulations and avoid the risk of significant departure delays.
6. Holland America Line reserves the right to substitute hotels of similar category.
7. Our smoking policy has been updated to reflect our continuing commitment to the comfort of all of our guests. Stateroom interiors continue to be non-smoking. Any guest who smokes inside staterooms in violation of the policy will be charged $250.00 cleaning fee per day of violation. While smoking is not permitted in staterooms, guests are allowed to smoke on staterooms verandahs and other designated, outside decks. Designated smoking areas for all ships are stateroom verandahs, the Casino (for active players only), the Seaview Bar, and the Sports Deck. Guests on the ms Prinsendam, ms Eurodam, ms Nieuw Amsterdam, ms Noordam, ms Oosterdam, ms Westerdam and ms Zuiderdam may also smoke on the Observation Deck. Cigar and pipe smoking is permitted only on designated outside decks and stateroom verandahs. For more detailed information, please visit us at www.hollandamerica.com.

# Holland America Line
*A Signature of Excellence*

| Booking #: | VRVN9N |
|---|---|
| Statement Date: | Oct 22, 2014 |

## ITINERARY

The crew of the **ms Amsterdam** eagerly awaits your arrival on **Jun 21, 2015** for your **7-Da   Roundtrip Seattle.** Below are your day-by-day itinerary details - we look forward to seeing you on board soon!

Visit www.hollandamerica.com toda   to book spa appointments, make dinner reservations and more!

| Da | Date | Itinerar | Arrival | Departure |
|---|---|---|---|---|
| SUN | 21JUN15 | Sail from Seattle, Washington, US | | 4:00pm |
| SUN | 21JUN15 | Puget Sound [1] | | |
| MON | 22JUN15 | Sea Day | | |
| TUE | 23JUN15 | Scenic Cruising Tracy Arm [1] | 2:00pm | 7:00pm |
| WED | 24JUN15 | Juneau, Alaska, US | 7:00am | 6:00pm |
| THU | 25JUN15 | Sitka, Alaska, US [2] | 8:00am | 4:00pm |
| FRI | 26JUN15 | Ketchikan, Alaska, US | 7:00am | 1:00pm |
| SAT | 27JUN15 | Victoria, British Columbia, Canada | 6:00pm | 11:59pm |
| SUN | 28JUN15 | Debark Ship Seattle, Washington, US | 7:00am | |
| | | Legend | | |
| | 1 | Cruising Only | | |
| | 2 | Tender Required | | |

Ships' Registry:  The Netherlands