Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JEFFREY I. GREENSTEIN,<br><br>                    Defendant. | No.  CR 08-0296 RSM<br><br>ORDER GRANTING UNOPPOSED MOTON TO ALLOW JEFFREY I. GREENSTEIN TO TRAVEL INTERNATIONALLY WHILE ON SUPERVISED RELEASE |

THE COURT has considered Jeffrey I. Greenstein's unopposed Motion to Allow Defendant to Travel While on Supervised Release,

Upon consideration of the foregoing Motion and the papers submitted in support thereto, and good cause appearing, IT IS HEREBY ORDERED that Mr. Greenstein may travel to Italy and Switzerland for business from June 10 to June 17, 2015, and travel on an Alaska cruise for a family event from June 21 to June 28, 2015, while serving his term of Supervised Release, with the permission of his Probation Officer, and with such restrictions and under such conditions as the United States Probation Office may require.

DONE this _____ day of May, 2015.

_____
JUDGE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1
Case No. CR08-0296RSM

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000