Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY I. GREENSTEIN, <br><br> Defendant. | No. CR08-296RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE |

Having reviewed and considered Defendant Jeffrey Greenstein's unopposed Motion to Terminate Supervised Release and good cause appearing,

IT IS HEREBY ORDERED that Mr. Greenstein's motion is granted and supervised release is terminated effective immediately.

DATED this 26th day of February, 2016.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE